W. A. McLaughlin, Inc., v. The National City Bank of New York.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal

granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — McAvoy, Martin, O'Malley and Townley, JJ.